> **Motion DENIED.**
> This the 27th day of April, 2020.
> /s/Louise W. Flanagan, U.S. District Judge

The Honorable Judge
Louise Wood Flanagan

FILED
APR 09 2020
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY: ___ DEP CLK

Case# 5:18-cr-00008-FL-1

March 26, 2020

Your Honor I need your honest good judgement, and understanding

I am due to finish the RDAP program and be released to the halfway house in September of this year.

I am directly being effected by the Covid-19 virus pandemic

I have several family members working in the medical field. I have several family members out of work. I have children out of school in need of extra meals. I have a fiancee out of work with bills to pay.

This pandemic is not getting better real soon. The prison is on lockdown. The RDAP program is at a standstill. Stoping my treatment, and pushing my release date further away, for me to return to soceity, and hindering me from being an asset to my family and america, Healthy, and able to work

God only knows how long this will last, and God only knows what's coming next for America and my family

Your Honor without this natual Disaster I was going home in six months, I beg you, please commute the six month sentence you imposed on me to time served, or commute the six month sentence you imposed on me to home confinement, and let me go home get a job. Help home school, and feed my family. Please. I can work in one of the sectors still running in america (ie. walmart, supermarkets) and/or utilize the trade training I gained in the BOP and use a CDL.

My family and country need to fill the voids of lost income, and I need to be there in the event one of my family members contract Covid-19. Their were four Deaths not far from my Phila home in NJ

Please follow the science and numbers of whats coming to America. When you consider my humble request for your mercy. Your Honor

Sincerly Paul Kushner
Paul Kushner 71195-018
FCC Beaumont med
PO Box 26040 Beaumont TX 77720